FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 19, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MELINDA E.,

    Plaintiff,

v.

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

No. 2:19-cv-00196-SMJ

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is Magistrate Judge Rodgers's September 17, 2019 Report and Recommendation, ECF No. 11, recommending that the Court dismiss Plaintiff's Complaint for failure to pay the filing fee. Plaintiff has not objected to the Report and Recommendation. After reviewing the Report and Recommendation, and the relevant authorities, the Court finds Magistrate Judge Rodgers's decision is correct. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 11**, is **ADOPTED** in its entirety.

ORDER ADOPTING REPORT AND RECOMMENDATION **-** 1

2. Plaintiff's Complaint, **ECF No. 1**, is **DISMISSED WITHOUT PREJUDICE** for failure to pay the filing fee.

3. All hearings and other deadlines are **STRICKEN**.

4. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and Magistrate Judge Rodgers.

**DATED** this 19th day of November 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION **-** 2